# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MAYA JONES

NO. 2024 KW 0801

**NOVEMBER 18, 2024**

---

In Re:     Maya Jones, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 844147.

---

**BEFORE:     THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                              **MRT**
                              **WRC**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT